UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MELISSA LILIAN MONTES,<br>        Defendant. | Case No.: 14-cr-03706-BEN<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

FILED 15 MAR 10 AM 11:48

    Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

    IT IS HEREBY ORDERED that the Information as to this defendant in the above entitled case be dismissed, without prejudice.

    IT IS SO ORDERED.

DATED: 3/06/15

HONORABLE ROGER T. BENITEZ
United States District Judge